IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

JUAN RAMIREZ CAMPOS,

        Plaintiff,        CIV. NO. S-07-2196 EJG
                                    (CR. NO. S-95-0020 EJG)
  v.

UNITED STATES OF AMERICA,    ORDER DIRECTING UNITED STATES
                                    TO FILE A RESPONSE
        Defendant.
_____/

    Plaintiff, a federal prisoner proceeding pro se, has filed a document entitled "Plaintiff's Original Complaint", a copy of which was served upon the United States.  A brief review of the complaint suggests it is a collateral attack on plaintiff's criminal conviction in Cr. No. S-95-0020 EJG since a portion of the relief sought is vacation of the judgment in that case.  Therefore, the United States is directed to file a response to the complaint within 30 days from the filing date of this order, addressing, among other things, whether the complaint should be treated as a motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255.  Plaintiff may file a reply within 30 days after service of the response.  The matter will stand submitted upon receipt of the reply brief.

    IT IS SO ORDERED.

Dated: October 18, 2007     /s/ Edward J. Garcia
                                    EDWARD J. GARCIA, JUDGE
                                    UNITED STATES DISTRICT COURT