IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JUAN RAMIREZ CAMPOS,

        Defendant.
_____/

CR. NO. 95-0020 EJG
CIV. NO. S-09-0375 EJG

ORDER DENYING CERTIFICATE OF APPEALABILITY

    Defendant, a federal prisoner proceeding pro se, filed a § 2255 motion to vacate, set aside or correct his sentence on January 14, 2009, which motion the court denied by order filed April 8, 2009. Defendant filed a Notice of Appeal from that order April 23, 2009. On August 5, 2009, the Ninth Circuit remanded the case to this court for the limited purpose of granting or denying a certificate of appealability.[1]

    A certification may issue "only if [defendant] has made a substantial showing of the denial of a constitutional right." 28

---

[1] The Ninth Circuit order incorrectly lists the district court civil case number as 07cv2196. *That* case was defendant's initial § 2255 petition, denied by the district court in January of 2008, a certificate of appealability for which was denied by the appellate court November 14, 2008, a copy of which is attached.

U.S.C. § 2253( c )(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. 22(b)(1). For the reasons articulated by the court in its April 9, 2009 order, defendant's motion is procedurally time-barred and substantively deficient.  Therefore, defendant has failed to make a substantial showing of the denial of a constitutional right and the request for a certificate of appealability is DENIED.

    IT IS SO ORDERED.

Dated: August 6, 2009

                          /s/ Edward J. Garcia
                          EDWARD J. GARCIA, JUDGE