John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JUAN RAMIREZ CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br> v.<br><br>JUAN RAMIREZ CAMPOS,<br><br>  Defendant. | No. 2:95-CR-0020-02 WBS<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>Hon. William B. Shubb |

Defendant, JUAN RAMIREZ CAMPOS, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion by four weeks as follows:

| | |
|---|---|
| Defendant's Amended Mtn Due: | May 6, 2016 |
| Government's Response Due: | June 3, 2016 |
| Defendant's Reply Brief Due: | June 10, 2016 |

This request is made because the defendant needs additional time to obtain documents, conduct legal research, and prepare an amended motion. The defendant's projected release date is January 24, 2021.

Dated: March 13, 2016　　　　　　　　　　Dated: March 13, 2016

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt* 　　　　　　　　　　　　 /s/*John Balazs*
JASON HITT　　　　　　　　　　　　　　JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff　　　　　　　　　　Attorney for Defendant
UNITED STATES OF AMERICA　　　　JUAN RAMIREZ CAMPOS

**ORDER**

IT IS SO ORDERED.

Dated: March 14, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE