John Balazs, Bar. No. 157287
Attorney at Law
916 2nd Street, Suite F
Sacramento, California 95814
Telephone: (916) 447-9299
Facsimile: (916) 557-1118
john@balazslaw.com

Attorney for Defendant
JUAN RAMIREZ CAMPOS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:95-CR-0020-WBS |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE BRIEFING SCHEDULE RE: MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
| v. | |
| JUAN RAMIREZ CAMPOS, | |
| Defendant. | Hon. William B. Shubb |

Defendant, JUAN RAMIREZ CAMPOS, by and through his attorney, John Balazs, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate to extend the briefing schedule regarding defendant's §3582(c)(2) motion as follows:

Defendant's Amended Mtn Due:         July 15, 2016

Government's Response Due:           August 12, 2016

Defendant's Reply Brief Due:         August 19, 2016

This request is made because the defendant needs additional time to obtain documents, conduct legal research, and prepare an amended motion. The defendant's projected release date is January 24, 2021.

Dated:  June 10, 2016          Dated:   June 10, 2016

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*                          /s/*John Balazs*
JASON HITT                             JOHN BALAZS
Assistant U.S. Attorney

Attorney for Plaintiff                 Attorney for Defendant
UNITED STATES OF AMERICA               JUAN RAMIREZ CAMPOS

**ORDER**

IT IS SO ORDERED.

Dated:  June 14, 2016

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE